UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 21, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE LUIS AGUILAR SAUCEDO

    Defendant.

Case No. 2:21-cr-00007-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSE LUIS AGUILAR SAUCEDO Case No. 2:21-cr-00007-MCE Charges 21 USC § 846, 841(a)(1) from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

  X    Unsecured Appearance Bond $ 50,000.00 co-signed by Mother, Maria Saucedo

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

  X    (Other): Defendant's release is delayed until 9 AM on 1/22/2021. Defendant is to report telephonically to Pretrial Services upon release. Pretrial release conditions as stated on the record in open court.

Issued at Sacramento, California on January 21, 2021 at 2:00 PM

Dated: January 21, 2021

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE