UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
January 21, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS AGUILAR SAUCEDO<br><br>Defendant. | Case No.  2:21-cr-00007-MCE<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSE LUIS AGUILAR SAUCEDO Case No. 2:21-cr-00007-MCE Charges 21 USC § 846, 841(a)(1) from custody for the following reasons:

|   |   |   |
|---|---|---|
| ___ | Release on Personal Recognizance | |
| ___ | Bail Posted in the Sum of $ | |
| X | Unsecured Appearance Bond $ | 50,000.00 co-signed by Mother, Maria Saucedo |
| ___ | Appearance Bond with 10% Deposit | |
| ___ | Appearance Bond with Surety | |
| ___ | Corporate Surety Bail Bond | |
| X | (Other): Defendant's release is delayed until 9 AM on 1/22/2021. Defendant is to report telephonically to Pretrial Services upon release. Pretrial release conditions as stated on the record in open court. | |

Issued at Sacramento, California on January 21, 2021 at 2:00 PM

Dated:  January 21, 2021

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE