Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
Jose Aguilar-Saucedo

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOSE AGUILAR-SAUCEDO<br>  Defendant | CASE NO. 21-00007 JAM<br><br>STIPULATION AND ORDER TO MODIFY CONDITION OF PRETRIAL RELEASE |

It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, David Spencer and Defense Counsel, Dina L. Santos; Counsel for Defendant, Jose Aguilar-Saucedo, that condition number 12 of the Special conditions of release be amended to read:

"CURFEW: You must remain inside your residence between the hours of 10:30 p.m. and 7:00 a.m, or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations."

All other conditions remain in full force and effect.

Pretrial Services has suggested this modification and is supportive of this modification.

In light of the recommendation of Pretrial Services, the government does not oppose.

Dated: March 11, 2022                    /s/   Dina L. Santos
                                         DINA SANTOS, ESQ.
                                         Attorney for Jose Aguilar-Saucedo

1

Dated: March 11, 2022                    /s/ David Spencer
                                         DAVID SPENCER
                                         Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED**:

Dated: March 17, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

**AMENDED SPECIAL CONDITIONS OF RELEASE**

                                         Re: Aguilar-Saucedo, Jose
                                         No.: 2:21-CR-00007-15
                                         Date: March 9, 2022

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report telephonically to the Pretrial Services Agency following your release from custody;

3. You must reside with your third-party custodian, Maria Saucedo, and not move or absent yourself from her residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must refrain from the excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

8. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

9. You must not associate or have any contact with the co-defendants named in the Complaint unless in the presence of counsel or otherwise approved in advance by the Court;

10. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; and,

12. 14. ***CURFEW: You must remain inside your residence between the hours of 10:30 p.m. and 7:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment, or court-ordered obligations.***